**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Anthony Welch

Appellate case number:   01-19-00932-CV

Trial court case number:  1142744

Trial court:                     County Civil Court at Law No 1 of Harris County

        This Court issued an order on December 5, 2020, striking relator's brief and denying relator's motion for stay of the trial court proceeding. We  withdraw the portion of the order striking the petition.


        It is so ORDERED.


Judge's signature: _____/s/ Russell Lloyd_____
                              Acting individually


Date:  March 24, 2020